IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE NETBANK, INC. SECURITIES LITIGATION | CIVIL ACTION FILE NO. 1:07-CV-2298-BBM |

**O R D E R**

The purpose of this Order is to set a <u>Daubert</u> hearing regarding the testimony of R. Alan Miller ("Mr. Miller"). Mr. Miller has been proffered as an expert by the plaintiffs, and his opinion has been challenged (at least in part) by defendants Eula Adams, Douglas Freemen, James Gross, Steven Herbert, David Johnson, Jr. and Thomas Muller, Jr. ("Defendants").

At the hearing, the court would like to hear the testimony of Mr. Miller and observe his cross-examination conducted in such a way that illustrates the reasons for the challenge to his testimony. In order to properly allocate the costs of such hearing, the court further ORDERS that, to the extent it excludes the testimony of Mr. Miller, all costs of producing him for the hearing will be borne by the Plaintiffs. If Mr. Miller's testimony is not excluded, all costs of producing Mr. Miller for the hearing shall be borne by the Defendants. To the extent that neither side prevails

entirely, the court will allocate the expenses of the hearing in keeping with the court's ruling, and as it deems appropriate.

The <u>Daubert</u> hearing as to Mr. Miller and his expert opinion will be held in the Richard B. Russell Building, Courtroom 2308, at 10:00 A. M. on July 30, 2009.

IT IS SO ORDERED, this 18th day of June, 2009.

s/Beverly B. Martin<br>
BEVERLY B. MARTIN<br>
UNITED STATES DISTRICT JUDGE