IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                    )
IN RE NETBANK, INC.                 )   Civil Action No.
SECURITIES LITIGATION               )   1:07-cv-2298-BBM
_____)

## MOTION TO REOPEN CASE AND FOR RULE 16 CONFERENCE

Defendants Steven F. Herbert, Douglas K. Freeman, James P. Gross, Thomas H. Muller, Jr., Eula L. Adams, and David W. Johnson, Jr. respectfully move this Court to reopen proceedings in this case and schedule a conference pursuant to Federal Rule of Civil Procedure 16 to address pressing issues that must be resolved promptly in order to facilitate the orderly and efficient conduct of discovery in this case.[1]

---

[1] Defendants are mindful of the text of the Court's September 4, 2009 Order stating: "The Plaintiffs may move to reopen this action any time within 30 days of the conclusion of the mediation." Docket No. 113. Defendants respectfully submit, however, that, in light of the conclusion of the mediation without an agreement to resolve the case and the operative discovery and scheduling deadlines, there is no reason to further delay reopening the proceedings. During a September 22, 2009 telephone call, Defendants communicated this position to Plaintiff and inquired when Plaintiff intended to move to reopen the case. On the call, Plaintiff refused to commit to move to reopen the case prior to the expiration of the thirty-day period referenced in the Court's September 4 Order. Accordingly, Defendants advised Plaintiff that they would move the Court this week to reopen the case. Just this day, Plaintiff sent a letter changing course and apparently

The grounds for the motion are set forth in Defendants' Memorandum in support of the motion, filed contemporaneously herewith.

Dated: September 25, 2009.

*s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689
Benjamin Lee
Georgia Bar No. 443082
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
404.572.4600 (Telephone)
404.572.5100 (Facsimile)
*mrsmith@kslaw.com*
*blee@kslaw.com*

*Attorneys for Defendants*

---

attempting to forestall any action by Defendants with the vague suggestion that he intends to move to reopen the case sometime "next week."

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(D) of the Local Rules of the Northern District of Georgia, the undersigned counsel for Defendants hereby certifies that the foregoing document was prepared in a font and point selection approved by this Court and authorized in Local Rule 5.1(C).

*s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Michael J. Gorby | *mgorby@gorbypeters.com* |
| Mary Donne Peters | *mpeters@gorbypeters.com* |
| GORBY, PETERS, & ASSOCIATES, P.C. | |
| Two Ravinia Drive, Suite 1500 | |
| Atlanta, GA 30346-2104 | |
| | |
| Merrill G. Davidoff | *mdavidoff@bm.net* |
| Michael Dell'Angelo | *mdellangelo@bm.net* |
| Lane L. Vines | *lvines@bm.net* |
| BERGER & MONTAGUE, P.C. | |
| 1622 Locust Street | |
| Philadelphia, PA 19103-6365 | |
| *Attorneys for Lead Plaintiff Robert A. Brown* | |

This 25th day of September, 2009.

                                                 *s/ Michael R. Smith*
                                               Michael R. Smith
                                               Georgia Bar No. 661689

                                               *Attorney for Defendants Steven F. Herbert, Douglas K. Freeman, James P. Gross, Thomas H. Muller, Jr., Eula L. Adams, and David W. Johnson, Jr.*