

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE NETBANK, INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br><br>NUMBER 1:07-cv-2298-TCB |

## ORDER

This matter is before the Court on Defendants' motion to reopen the case and for a Rule 16 conference [116] and Lead Plaintiff's motion to reopen the case and for certain other relief [116].

On September 4, 2009, Judge Martin administratively closed the case [113] pending the parties' mediation scheduled for September 9, 2009. The parties' mediation was unsuccessful, and thus both now seek, independently, to reopen the case. Each party also raises various discovery issues in their respective motions.

To the extent the parties' motions seek to reopen the case, their motions are GRANTED. The parties are hereby granted a period of 120 days from the entry of this Order in which to conduct discovery.

To the extent the parties' seek other relief from the Court, their motions are DENIED WITHOUT PREJUDICE. The Court will contact parties' counsel to discuss discovery issues and motions that were pending when the case was administratively closed.

IT IS SO ORDERED this 29th day of March, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge